# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2016

151587

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CORY LEE SOUDERS,
     Defendant-Appellant.

SC: 151587
COA: 324817
Kent CC: 08-006820-FC

_____/

On order of the Court, the application for leave to appeal the March 25, 2015 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Comer* (Docket No. 152713) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2016

t0919

Clerk